AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 12, 2021**

SEAN F. McAVOY, CLERK

MID-CENTURY INSURANCE COMPANY, a California corporation doing business in Washington,
        Plaintiff/Intervenor Defendant,
and
LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY INSURANCE COMPANY,
        Intervenor Plaintiffs,
v.
ACI NORTHWEST, INC., an Idaho corporation,
        Defendant.

)
)
)
)
)
)

Civil Action No. 2:20-CV-406-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Intervenor Plaintiffs Liberty Mutual's Motion for Summary Judgment, ECF No. 24, is GRANTED. Defendant ACI's request for dismissal with prejudice of Plaintiff Mid-Century's Complaint in full is denied. Judgment for Intervenor Plaintiffs Liberty Mutual Fire Insurance Company and Liberty Insurance Corporation on their First and Third Causes of Action: (a.) Mid-Century Insurance Company ("Mid-Century") has an obligation to defend ACI Northwest, Inc. ("ACI") in the underlying litigation, under the Mid-Century Policy issued to Giddings; and (b.) The terms of the Mid-Century Policy and the acts alleged in the underlying litigation give rise to a primary obligation to defend ACI by Mid-Century in the underlying litigation under the Mid-Century Policy issued to Giddings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson

    on Intervenor Plaintiffs Liberty Mutual's Motion for Summary Judgment, ECF No. 24.

Date: 11/12/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza

*(By) Deputy Clerk*

Courtney Piazza