1

2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2022

SEAN F. McAVOY, CLERK

3

4

5             UNITED STATES DISTRICT COURT

6           EASTERN DISTRICT OF WASHINGTON

7   MID-CENTURY INSURANCE                    No. 2:20-cv-00406-MKD
    COMPANY, a California corporation
8   doing business in Washington,            ORDER GRANTING STIPULATED
                                             MOTION TO DISMISS AND
9          Plaintiff/Intervenor Defendant,   DISMISSING ACTION WITH
                                             PREJUDICE
10  and
                                             **ECF No. 41**
11  LIBERTY MUTUAL FIRE
    INSURANCE COMPANY and
12  LIBERTY INSURANCE COMPANY,

13         Intervenor Plaintiffs,

14  v.

15  ACI NORTHWEST, INC., an Idaho
    corporation,
16
                Defendant.
17

18      Before the Court is the parties' Stipulated Motion and Proposed Order

19  Dismissing Litigation With Prejudice, ECF No. 41.  This case arises out of an

20  underlying case, *Jeanette Hotes-Aprato v. ACI Northwest, Inc.*, No. 2:19-cv-200-

ORDER - 1

MKD (E.D. Wash.), which was dismissed with prejudice after the parties reached a settlement in that matter.  The parties indicate that, given the settlement in the underlying case, the remaining issues in this litigation are moot.  ECF No. 41 at 2. Accordingly, the parties stipulate and jointly move to dismiss this action with prejudice, with each party to bear its own fees and costs.  ECF No. 41 at 2.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court accepts the notice of stipulation, grants the stipulated motion to dismiss, and dismisses this action with prejudice.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss Litigation With Prejudice, **ECF No. 41**, is **GRANTED**.

2. The Complaint, **ECF No. 1**, is **DISMISSED with prejudice**, with each party to bear its own costs and attorney fees.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED March 28, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2